TERRENCE MCMAHON (SBN: 71910)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd.
Menlo Park, California 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401
tmcmahon@mwe.com
pou@mwe.com

JOHN J. DABNEY (*pro hac vice*)
RITA WEEKS (SBN: 232396)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone:    (202) 756-8000
Facsimile:    (202) 756-8087
jdabney@mwe.com
rweeks@mwe.com

*Attorneys for Plaintiff Pebble Beach Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **PEBBLE BEACH COMPANY**, a California General Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>**HYDRA PLASTICS, INC., d/b/a CLEARWATER SPAS, a Washington Corporation,**<br><br>    Defendant. | **CASE NO.  CV 12-00291-EJD**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** AND ORDER THEREON |

Stipulation of Dismissal Pursuant to
Fed. R. Civ. P. 41(a)

CASE NO. CV-12-00291-EJD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pebble Beach Company hereby dismisses all claims with prejudice against Defendant Hydra Plastics, Inc., d/b/a Clearwater Spas, with each party bearing its own attorneys' fees and other expenses.

SO STIPULATED on November 5, 2012.

Respectfully submitted,

| McDERMOTT WILL & EMERY, LLP | OWEN WICKERSHAM & ERICKSON, P.C. |
|---|---|
| By: /s/ John Dabney | By: /s/ Gregory N. Owen |
| Terrence McMahon<br>Philip Ou<br>John Dabney (*pro hac vice*)<br>Rita Weeks | Gregory N. Owen<br>Kathleen E. Letourneau<br>455 Market Street<br>19th Floor<br>San Francisco, CA 94105 |
| Attorneys for Plaintiff<br>PEBBLE BEACH COMPANY | Attorneys for Defendant<br>HYDRA PLASTICS, INC.,<br>D/B/A CLEARWATER SPAS |

## CERTIFICATE OF ATTESTATION

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Gregory N. Owen, indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Dabney

John Dabney

Pursuant to Stipulation, IT IS SO ORDERED. The clerk shall close this file.

DATED: November 7, 2012

EDWARD J. DAVILA
United States District Judge